**Electronically Filed
Supreme Court
SCWC-13-0000182
27-OCT-2016
09:54 AM**

SCWC-13-0000182

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KILAKILA ʻO HALEAKALĀ,
Petitioner/Plaintiff/Appellant-Appellant,

vs.

UNIVERSITY OF HAWAIʻI and DAVID LASSNER, in his official capacity
as Chancellor of the University of Hawaiʻi at Manoa; BOARD OF
LAND AND NATURAL RESOURCES, SUZANNE CASE, in her capacity as the
Chairperson of the Board of Land and Natural Resources; and
DEPARTMENT OF LAND AND NATURAL RESOURCES,
Respondents/Defendants/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000182; CIVIL NO. 10-1-2510)

ORDER GRANTING IN PART AND DENYING IN PART
MOTION FOR RECONSIDERATON
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Plaintiff/Appellant-Appellant Kilakila ʻO Haleakalā's motion for reconsideration, filed on October 17, 2016, the papers in support thereof, and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted in part in accordance with the Order of Correction filed herewith; otherwise, the motion is denied.

DATED: Honolulu, Hawaiʻi, October 27, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson